BASKIN, Judge.
Defendant Carl Cyrus appeals the summary denial of his motion to vacate, set aside or correct the portion of his sentence which required him to serve a mandatory minimum of three years incarceration prior to becoming eligible for parole. We agree that the three-year mandatory minimum exceeded the mandatory minimum authorized by the Youthful Offender Act, section 958.05, Florida Statutes (1981); Whitlock v. State, 404 So.2d 795 (Fla. 3d DCA 1981).[1] We, therefore, reverse the summary denial of defendant’s motion and remand for correction of the sentence in accordance with the one-year mandatory minimum provided by law.

. We note that the trial court did not have the benefit of the decision in Whitlock at the time of sentencing.